UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MILSTEAD & ASSOCIATES, LLC
By: Andrew M. Lubin
Atty. ID: AL0814
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
File No. 224956-1
Attorneys for Movant: New Penn Financial LLC
d/b/a Shellpoint Mortgage Servicing

Order Filed on March 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Martin R. Taylor aka Marty R. Taylor and Christa N.
Taylor

Case No.: 17-24222-ABA
Chapter 13

Hearing Date: February 6, 2018
Time: 10:00 AM

Judge: Andrew B. Altenburg, Jr.

## ORDER RESOLVING
## MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby
**ORDERED.**

**DATED: March 13, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of Milstead & Associates, LLC, Attorneys for the Secured Creditor,

New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing ("Mortgagee"), under Bankruptcy

Code section 362(d) for relief from the Automatic Stay as to certain real property as set forth in

the motion papers and the parties, having been represented by their respective counsel, Richard

S. Hoffman, Jr., Esquire for Debtors, and for good cause shown, it is ORDERED as follows:

1.      The automatic stay as provided for by 11 U.S.C. §362 shall remain in full force

and effect conditioned upon the terms and conditions set forth herein.

2.      Mortgagee is the holder of a mortgage which is a lien on real property owned by

Debtors known as and located at 413 Deptford Rd, Glassboro, NJ 08028 (the "Property").

3.      The parties certify that there is a post-petition delinquency which is to be cured

pursuant to the terms of this Order, said delinquency consisting of the following:

| 4 Payments: 11/1/2017 – 2/1/2018 @ $1,361.44 | $5,445.76 |
|---|---|
| Suspense Balance | ($415.68) |
| **Total Post-Petition Arrears** | **$5,030.08** |

4.      Commencing on March 1, 2018, Debtors shall resume making regular monthly

mortgage payments currently in the amount of $1,361.44, and will pay late charges if applicable.

5.      The total post-petition arrears in the amount of $5,030.08 shall be capitalized into

and paid through the Debtors' Chapter 13 Plan. Debtors shall file a modified plan addressing the

capitalized amount within 30 days of the entry of the Order.

6.       Debtors shall reimburse the Movant through their Chapter 13 Plan as an

administrative claim, the sum of $531.00 for attorney's fees and costs incurred by Movant in the

prosecution of its application for relief from stay.

7.      Should Debtors' regular monthly payment amount change, Debtors shall be notified of such change by Mortgagee, and the monthly payment amount due under the terms of this Order shall change accordingly.

8.      In the event that Debtors are in default pursuant to the terms and conditions of this Order for a period of thirty (30) days, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Order.  If the default is not cured within ten days of the date of such notice, Mortgagee may obtain an Order Vacating the Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating any such payment(s) more than thirty (30) days in default.  In the event that a notice of default is forwarded, it is agreed that Secured Creditor may file a Certification of Default absent a full cure.

9.      A copy of any Certification of Default and the proposed order must be served upon the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court.  A certificate of service shall be filed by counsel for Mortgagee evidencing same.

10.      In the event the instant bankruptcy case is converted to a case under Chapter 7, Debtors shall cure the pre-petition and post-petition mortgage arrears within ten (10) days from the date of such conversion.  Should Debtors fail to cure said arrears within the ten (10) day period, such failure shall be deemed a default under the terms of this stipulation and Mortgagee may send Debtors and Debtors' counsel a written notice of default.  If the default is not cured within ten (10) days from the date of said notice, counsel for Mortgagee may file a Certification of Default with the Court, upon notice to the trustee, Debtors, and Debtors' counsel, and the Court shall enter an Order granting relief from the Automatic Stay as to the Property.