Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−24222−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Martin R. Taylor
aka Marty R. Taylor
413 Deptford Road
Glassboro, NJ 08028

Christa N. Taylor
413 Deptford Road
Glassboro, NJ 08028

Social Security No.:
xxx−xx−9269                                    xxx−xx−0975

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on January 10, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 10, 2019
JAN: ml

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-24222-ABA
Martin R. Taylor                                                        Chapter 13
Christa N. Taylor
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Jan 10, 2019
                               Form ID: 148             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2019.
```
db/jdb         +Martin R. Taylor,    Christa N. Taylor,    413 Deptford Road,    Glassboro, NJ 08028-2412
cr             +Township of Winslow,    c/o Platt & Riso, P.C.,    40 Berlin Road,    Stratford, NJ 08084-1404
516938530      +Advocare Woodbury Pediatrics,    PO Box 3001,    Voorhees, NJ 08043-0598
517136419      +Apex Asset Management, LLC,    Virtua Health System - WJ,    PO Box 5407,
                 Lancaster, PA 17606-5407
516938532       Apex Asset Mgmt.,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
516938533       Atlantic Emergency Assoc.,    6880 W. Snowville Road #210,    Brecksville, OH 44141-3255
516938534      +Atlanticare Regional Med Ctr-City Campus,    1925 Pacific Avenue,    Atlantic City, NJ 08401-6713
517158113       CACH, LLC its successors and assigns as assignee,    of Citibank (South Dakota), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516938539       E-ZPass,    NJ Customer Service Center,    PO Box 4793,    Trenton, NJ 08650
517151237       Emergency Care Services of NJ, P.A.,    PO Box 1123,    Minneapolis MN 55440-1123
516938541      +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
516938542      +Inspira Health Network,    509 N. Broad Street,    Woodbury, NJ 08096-1617
516938543      +Kennedy Health System,    500 Marlboro Avenue,    Cherry Hill, NJ 08002-2020
516938544      +Kennedy Health Systems,    PO Box 48023,    Newark, NJ 07101-4823
516938545       LDC Collection Systems,    PO Box 4775,    Trenton, NJ 08650-4775
516938546      +Lyons Doughty & Veldhuis,    PO Box 1269,    Mount Laurel, NJ 08054-7269
517044410      +M&T Bank,    PO Box 1508,    Buffalo, N.Y. 14240-1508
516938547       M&T Bank,    Attn: American Coradius Int’l, LLC,    2420 Sweet Home Road,    Suite 150,
                 Buffalo, NY 14228-2244
517085562      +NJSVS, Surcharge Violation System Office,    Bankruptcy Unit,    PO Box 4850,
                 Trenton, NJ 08650-4850
516994615      +New Jersey Turnpike Authority,    Mark Schneider, Esq,    581 Main Street, PO box 5042,
                 Woodbridge, NJ 07095-5042
516980695       New Penn Financial LLC,    d/b/a Shellpoint Mortgage Servicing,    KML Law Group PC,
                 Sentry Office Plaza,    216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
517164112       New Penn Financial, LLC,    d/b/a Shellpoint Mortgage Servicing,    PO BOX 10826,
                 GREENVILLE SC 29603-0826
516938548      +Omnia Diagnostics,    1 Duncan Drive,    Cranbury, NJ 08512-3643
516938549       Patient Financial Services,    30 Washington Avenue,    Suite C6,    Haddonfield, NJ 08033-3341
516938550      +Penn Credit Corporation,    PO Box 1259,    Oaks, PA 19456-1259
516938551      +Phelan Hallinan Diamond & Jones PC,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
516938552       Plymouth Rock Assurance Corp.,    PO Box 55933,    Boston, MA 02205-5933
516938553       Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
516938555       RowanSOM,    Faculty Practice Plan,    PO Box 635,    Bellmawr, NJ 08099-0635
516938557       State of NJ-AISC,    PO Box 4775,    Trenton, NJ 08650-4775
516938556      +State of New Jersey,    Motor Vehicle Commission,    225 E. State Street,
                 Trenton, NJ 08666-0001
517015623      +Township of Winslow,    c/o Platt & Riso, P.C.,    40 Berlin Road,
                 Stratford, New Jersey 08084-1404
516938560      +Winslow Township Municipal Court,    125 South Route 73,    Braddock, NJ 08037-9422
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2019 00:56:08     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2019 00:56:07     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516938531      +EDI: ALLIANCEONE.COM Jan 11 2019 05:23:00      AllianceOne Receivables Mgt.,    4850 Street Road,
                 Suite 300,    Trevose, PA 19053-6643
516938535       EDI: RESURGENT.COM Jan 11 2019 05:23:00      CACH, LLC,    4340 S. Monaco St.,    Second Floor,
                 Denver, CO 80237-3485
516938537      +EDI: CCS.COM Jan 11 2019 05:23:00      Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
516938536      +EDI: CCS.COM Jan 11 2019 05:23:00      Credit Collection Services,    PO Box 607,
                 Norwood, MA 02062-0607
516938538       E-mail/Text: bankruptcy.bnc@ditech.com Jan 11 2019 00:55:34     Ditech Financial, LLC,
                 Bankruptcy Department,    PO Box 6154,    Rapid City, SD 57709-6154
516938554      +EDI: RMCB.COM Jan 11 2019 05:23:00      RMCB Collection Agency,    4 Westchester Plaza,
                 Suite 110,    Elmsford, NY 10523-3835
517163066      +E-mail/Text: bncmail@w-legal.com Jan 11 2019 00:56:19     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516938558      +EDI: WTRRNBANK.COM Jan 11 2019 05:23:00      TD Bank USA/Target Credit Card,    PO Box 673,
                 Minneapolis, MN 55440-0673
516938559       EDI: CITICORP.COM Jan 11 2019 05:23:00      THD/CBNA,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
517070324      +EDI: AIS.COM Jan 11 2019 05:23:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 12
```

```
District/off: 0312-1            User: admin               Page 2 of 2              Date Rcvd: Jan 10, 2019
                                Form ID: 148              Total Noticed: 45
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516938540    ##+Federated Law Group, PLLC,    13205 U.S. Highway 1 #555,    Juno Beach, FL 33408-2222
                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2019 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage
               Servicing bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              CherylLynn  Walters    on behalf of Creditor    Township of Winslow cwalters@prlawoffice.com
              Denise E. Carlon    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage
               Servicing dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Martin R. Taylor rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              Richard S. Hoffman, Jr.    on behalf of Joint Debtor Christa N. Taylor
               rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```