Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–24222–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Martin R. Taylor
aka Marty R. Taylor
413 Deptford Road
Glassboro, NJ 08028

Christa N. Taylor
413 Deptford Road
Glassboro, NJ 08028

Social Security No.:
 xxx–xx–9269                                                                  xxx–xx–0975

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 3, 2019</u>                    <u>Andrew B. Altenburg Jr.</u>
                                              Judge, United States Bankruptcy Court